United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Diane McBride, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-25072-Civ-Scola |
| | ) |
| Wal-Mart Stores East, L.P., | ) |
| Defendant. | ) |

### Order on Motion to Appoint Mediator

This matter is before the Court upon pro se Plaintiff Diane McBride's motion requesting that the Clerk appoint a mediator. (ECF No. 66.) On August 5, 2019, the Court entered a Scheduling Order requiring the parties to submit a proposed order scheduling mediation on or before January 24, 2020. (ECF No. 40.) On February 7, 2020, the Court ordered the parties to either show cause as to why they had failed to submit such a proposed order or to file a proposed order scheduling mediation by February 14, 2020. (ECF No. 59.) On February 14, 2020, the Defendant advised the Court that it was prepared to proceed with mediation on March 5, 2020, and that the Plaintiff had not responded to the Defendant's phone calls nor had the Plaintiff made attempts to schedule mediation. (ECF No. 64-1.) The Court thus ordered the parties to attend mediation on March 5, 2020. (ECF No. 65.)

The Plaintiff, whose only contact information for docketing purposes is a P.O. Box in Northern Florida, avers that that she has not received any mail or phone calls concerning the mediation scheduling. (ECF No. 66 at 4-5.) According to the Plaintiff, she learned of the mediation order by calling this Court's CM/ECF Help Desk on February 18, 2020. (*Id.* at 2.) She was then notified of the mediation and thereafter filed the instant motion advising the Court that she will participate in mediation that is conducted by a mediator from the Court's List of Certified Mediators. (*Id.* at 4.) The presently scheduled mediation is set to be conducted by a mediator selected by the Defendant.

In light of the Plaintiff's stated willingness to participate in mediation conducted by a mediator from the Court's List of Certified Mediators and her representations that she was not given an opportunity to be heard with respect to the scheduled mediation, the Court **grants** the Plaintiff's motion (**ECF No. 66**) and directs the Clerk to **designate** a mediator from the List of Certified Mediators. Although no response to the motion has been filed, the Court finds that the exigency of the motion (the mediation is set for two days from the date

of this order) and the wastefulness of proceeding towards a unilateral mediation further support granting the motion.

    The parties are **ordered** to file a Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (see ECF No. 40 at 6-8) by no later than **March 30, 2020**. The mediation must take place by no later than **April 17, 2020** and the mediation report is due within seven days following the mediation conference. If the mediator fails to file a mediation report within seven days following the mediation conference, the Defendant must file a mediation report within 14 days after the mediation conference.

    The Court directs the Clerk to **mail copies of *both* this Order *and* the Scheduling Order** (**ECF No. 40**) to the Plaintiff at the address listed below.

    **Done and ordered**, at Miami, Florida, on March 3, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

<u>Copy, via U.S. Mail, to</u>:
Diane McBride
P.O. Box 213
Midway, FL 32343