United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Diane McBride, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-25072-Civ-Scola |
| Wal-Mart Stores East, L.P., | ) |
| Defendant. | ) |

**Order Adopting Magistrate's Report and Recommendation**

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant's motion for sanctions against the Plaintiff. (Def.'s Mot., ECF No. 72.) On May 15, 2020, Judge Torres issued a report, recommending that the Court grant the motion in part and deny the motion in part. (R. & R., ECF No. 96.) No objections have been filed and the time to object has passed. As a result, the Court reviews Judge Torres's report for clear error. *See Macort v. Prem, Inc.,* 208 F. App'x 781, 784 (11th Cir. 2006). Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds the report and recommendation cogent and compelling.

Accordingly, the Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 96**), and the motion is **granted in part and denied in part** (**ECF No. 72**). The Court hereby precludes any testimony from the Plaintiff at trial.

**Done and ordered** at Miami, Florida, on June 3, 2020.

_____
Robert N. Scola, Jr.
United States District Judge